UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

## CHAPTER 13 PLAN

IN RE: WILLIAM A. RUGGERIO          CASE NO. 09-14543-BLS

## NOTICE TO ALL CREDITORS THAT THIS PLAN AND ALL OF ITS PROVISIONS ARE SUBJECT TO DEL. BANKR. 3023-1

The future earnings of the Debtor(s) are submitted to the supervision and control of the Court and the Debtor(s) or the Debtor's employer shall pay to Michael B. Joseph, Esquire, Chapter 13 Trustee, at P.O. Box 660, Memphis, Tennessee, 38101-0660 the sum of **$1,195.00 per month for a total plan length of 60 months.**

From the payment so received, after deduction of allowed Trustee's commission, the Trustee shall make disbursements as follows:

    Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507.

    (1)    Debtor's Counsel Fees:    **$2,200.00**
**Debtor's counsel fees to Timothy J. Weiler, Esquire, in the amount of $2,200.00 shall be paid first, and then distributions shall subsequently be made under the Plan as follows:**

    (2)    Priority Taxes:    $0.00
    (3)    Other Priority or Administrative Expenses:    **$0.00**

Pro-rata with dividends to priority creditors, holders of allowed secured claims shall retain their liens securing such claims and shall be paid as follows:

(4) Long term or Mortgage Debt to be paid to **Bank of America Home Loans, successor interest to Countrywide Home Loans (Loan No. XXXX5362) FIRST mortgage on 2432 West Parris Drive Wilmington, Delaware 19808. Debtors will pay pre-petition arrears (63,000.00 estimated) in the Plan and Debtors will make post petition payments directly.** This section of the Plan specifically incorporates all of the provisions affecting mortgage claims as set forth in Del. Bankr. L.R. 3023-1(b)(ii) and the parties shall be so governed.

(5) Secured debt(s) Other secured debt(s) to be treated as follows: Secured debt(s) – Debtor will pay directly equal monthly payments of $370.00 to CAP ONE AUTO FINANCE (Loan No. 62062151705141001) for payment in full of 2001 Toyota Sequoia Truck. **Future Default Provision: Should Debtor fail to make any monthly payment to Cap One Auto Finance under the original loan terms, Creditor is entitled to stay relief and to assert any applicable remedies without leave of court.**

6. Other secured debt(s) to be treated as follows: Debtor will pay directly equal monthly payments of NONE.

7. Surrender – secured collateral to: NONE. Debtor(s) abandons such property and agrees that the Automatic Stay under 11 U.S.C. Section 362 is terminated as to the property and any interest in the property. Claims, if any submitted by such creditor may receive a distribution under the Plan if such claims reflect an applicable deficiency balance remaining following surrender.

8. The following leases or executory contracts of the Debtor(s) will be treated as follows: **NONE.**

9. Subsequent to (or pro rata with) dividends to priority and secured creditors, dividends to non-priority unsecured creditors whose claims are duly proved and allowed as follows:

General unsecured creditors will be paid [ ] a dividend of 100% of their allowed claims or **[X] a pro rata dividend of**

1. _____ BIOC or

2. [ ] **$ Disp. Income x 60 months as calculated under 11 U.S.C. Section 1325(b), or [ X ] a** pro-rata dividend, if any.

10. Other special provisions of the Plan:_____.

12. Title to the Debtor's property shall revest in the debtor on confirmation of the Plan.

13. A proof of claim must be filed in order to share in distributions under the plan. Proofs of Claim in duplicate shall be delivered or mailed to David Bird, Clerk, United States Bankruptcy Court, 824 Market Street, 5th Floor, Wilmington, Delaware 19801.


*/S/ WILLIAM A. RUGGERIO*                    *December 22, 2009*
    WILLIAM A. RUGGERIO



*/s/TIMOTHY J. WEILER*
Timothy J. Weiler, Esquire
DE Bar No. 002363
831 North Tatnall Street, Suite 200
Wilmington, Delaware 19801
Attorney for Debtor(s)

# CHAPTER 13 PLAN ANALYSIS

Debtor: RUGGERIO, WILLIAM A.　　　CASE NO. 09-14543-BLS

Prior: Bankruptcy ( N )　　　Chapter 13 ( )　　Date: _____
Estimated Length of Plan: ___60___ months　　Trustee Use:
341 Meeting Date: _____
Confirmed Date: _____

TOTAL DEBT PROVIDED FOR UNDER
THE PLAN AND ADMINISTRATIVE EXPENSES

Total Priority Claims (Class One)
Unpaid attorney's fees　　　　　　　　　$2,200.00
Taxes　　　　　　　　　　　　　　　　$0.00
Other　　　　　　　　　　　　　　　　$0.00

Total of Payments to Cure Defaults (Class Two)　$63,000.00
Total of Payments on Secured Claims (Class Three) $0.00
Total of Payments on Unsecured Claims (Class Four) $0.00
Sub-total　　　　　　　　　　　　　　$65,200.00
Total Trustee's Compensation (10% of debtor's payments $6520.00
Total Debt and Administrative Expenses　$71,720.00

---

RECONCILATION WITH CHAPTER 7

Interest of Class Four Creditors If Chapter 7 Filed
1. Value of Debtor's Interest in Non-exempt Property $0.00_____
2. Plus: Value of Property Recoverable Under Avoiding
   Powers　　　　　　　　　　　　　　$_____
3. Less: Estimated Chapter 7 Administrative Expense $_____
4. Less: Amounts Payable to Priority Creditors other
   Than cost of administration　　　　　$_____
5. Equals: Estimated Amount Payable to Class Four
   Creditors if Chapter 7 Filed (if negative, enter zero)　$0.00
   Estimated dividend under Plan　　　　$

*/S/ WILLIAM A. RUGGERIO*　　　*December 22, 2009*
　WILLIAM A. RUGGERIO

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: WILLIAM A. RUGGERIO  CASE NO. 09-14543-BLS

## CERTIFICATE OF SERVICE

The Undersigned does hereby certify that he mailed or caused to be mailed a copy of the foregoing **CHAPTER 13 PLAN AND ANALYSIS** via U.S. Mail, first class, postage prepaid on the date noted below, to each of the following entities:

Michael B. Joseph, Esquire
Chapter 13 Trustee
824 Market Street
P.O. Box 1351
Wilmington, Delaware 19801

All Creditors on Matrix

/s/ *TIMOTHY J. WEILER*
Timothy J. Weiler, Esquire
DE Bar No. 002363
831 North Tatnall Street, Suite 200
Wilmington, Delaware 19801
302-658-6900
302-658-6909 (FAX)
Attorney for Debtor(s)

Date: December 28, 2009